Order issued January 18 , 2013



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-12-01353-CV

### GQ ENTERPRISES CORPORATION, Appellant

### V.

### INAYATALI RAJANI AND THE RAJANI GROUP, Appellees

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-05188**

## ORDER

Based on the Court's opinion of this date, appellees' November 26, 2012 and December 19, 2012 motions "to extend time to file response to appellant's motion for extension of time to file notice of appeal" are **DENIED** as moot.

DOUGLAS S. LANG
JUSTICE